# UNITED STATES DISTRICT COURT

RECEIVED

for the

_____ District of _____

_____ Division

APR 22 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Case No. 3:22-CV-00110-RRB

*(to be filled in by the Clerk's Office)*

William CAROL CLARKA

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☒ Yes ☐ No

RON DeSANTIS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            William C Clarke

Address         8715 Thal Street

                Juneau          AK        99801
                *City*          *State*   *Zip Code*

County
Telephone Number    907-419-7077
E-Mail Address      123456Indaca @ Gmail. com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    Ron Desantis

Job or Title *(if known)*    Governor

Address                 400 S Monroe St.

                        Tallahassee      Fl        32399
                        *City*           *State*   *Zip Code*

County
Telephone Number        1-850-488-7146
E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                    Daniella Levine Cava

Job or Title *(if known)*    Mayo

Address                 Stephan P. Clark Center III N.W. 1st, 29th Floor

                        Miami            Fl
                        *City*           *State*   *Zip Code*

County
Telephone Number        1-305-375-1880
E-Mail Address *(if known)*    Mayor @ Miamdade. Gov

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

Name _MARCO RUBIO_

Job or Title *(if known)* _SENATOR_

Address _284 Russell Senate Office Building_

_WASHington_ _DC_ _20510_
City         State        Zip Code

County

Telephone Number _1-202-224-3041_

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Defendant No. 4

Name _DEBBIE WASSEMAN SCHULTZ_

Job or Title *(if known)* _CONGRESS_

Address _1114 Longworth House Office Building_

_WASHington_ _DC_ _20515-0923_
City         State        Zip Code

County

Telephone Number _1-202-225-7931_

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_1st Through 12th Amendment! Chapter 77 USC. 1030 506-2719_
_USC. 19.61 § 21 Chapter 73_ _18-31-839_
_1510, 1512, 1513, 11518, 1519_ _18-36-1139_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? _1st Amendment Through 12th Amendment_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. PARTICAPATED + INTERFERRICE ORGANIZED CRIME, SALE + DIST. CHILDREN OBLIVERD TO BE MANUFACTURED IN SEX FILM WITH MY CHILD

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

JUNEAU ALASKA + DOUGLAS ALASKA

B. What date and approximate time did the events giving rise to your claim(s) occur?

RON DESANTIS + MAYOR CAVA OVER THE PAST YEAR CONTINUOUS
MARCO RUBIO SINCE 2012 → CONTINOUS
DEBBIE WASSHMAN SCHULTZ SINCE MAY 2011 + CONTINOUS

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SALE, DISTRIBUTING INTELLECTUAL PROPERTY INJURING BY GANG MEMBERS + CORRUPT LAW ENFORCEMENT ATTACHED OR IN THE FILE ARE HUNDRED! CAN SUBPHONA THOUSANDS IF NOT MILLIONS!

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

ReFeR to Some EvidhNch iN PACK, CORRuPtioN
At All LhVhlS IncLudiNg US.C.1035

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

IF You Do THE ActuAl MATH EVEN At $1.00 FOR EVERY 10 PictuReS OF SEX FilM + Sold + TRAFFickEd To MillioN'S OF CRiMiNAlS + CoNtiNuous HuNdRhd OF MiLLioNS iN DAMAGES + StollEN EntEllEctuAl PROPERt ADDS To Ft! REQuEstiNg All BE ARRhStEd FOR All USC Codes THRough youR CouRt DuE to CORRuPtioN.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number _____

E-mail Address _____

WILLIAM CLARKA
8715 1ST STREET
JUNEAU AK 99801

  

U.S. POSTAGE PAID
FCM LG ENV
JUNEAU, AK
99801
APR 20, 22
AMOUNT

**$2.56**
R2303S101517-9

1000        99513

US DiStRict COURt/CiviL LAWSuits
222 W. 7th AVENUE, Room 229 BOX/Suite# 4
ANCHORAGE, AK 99513